F I L E D
CLERK, U.S. DISTRICT COURT
06/10/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IGU _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:24-cr-00073-JVS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1347: Health Care Fraud] |
| MONICA BONIADI, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1347]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.   Defendant MONICA BONIADI was a practicing dentist licensed by the Dental Board of California.  Defendant BONIADI operated offices at several locations in Orange County, California.

2.   Metropolitan Life Insurance Company operated a Preferred Provider Organization dental plan ("MetLife PPO").  MetLife PPO and other dental insurance plans (collectively, the "Insurance Plans") were health care benefit programs within the meaning of Title 18, United States Code, Section 24(b).  The Insurance Plans operated private and public dental care plans, affecting commerce, under which

medical benefits, items, and services were provided to individuals in California, and elsewhere, in exchange for payment. Moreover, the Insurance Plans reimbursed dental services providers for rendering covered dental care to their beneficiaries.

3. Health care providers that provided services covered by the Insurance Plans were commonly referred to as "providers."

4. Defendant BONIADI was an enrolled provider with certain of the Insurance Plans.

5. The Insurance Plans reimbursed providers only for services that were medically necessary and that the provider had in fact provided.

B. THE SCHEME TO DEFRAUD

6. Beginning at least in or around 2011, and continuing until in or around July 2018, in Orange County, within the Central District of California, and elsewhere, defendant BONIADI, together with others known and unknown to the United States Attorney, knowingly, willfully, and with the intent to defraud, executed a scheme and artifice: (a) to defraud the Insurance Plans, including MetLife Safeguard, as to material matters in connection with the delivery of and payment for health care benefits and services; and (b) to obtain money from the Insurance Plans by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts, in connection with the delivery of and payment for health care benefits and services.

C. MANNER AND MEANS USED TO ACCOMPLISH THE SCHEME TO DEFRAUD

7. The fraudulent scheme operated, in substance as follows:

    a. Defendant BONIADI would submit and cause her staff to submit claims to the Insurance Plans for dental fillings, which in

2

fact defendant and her staff did not provide to the respective patients.

       b.   Rather, defendant BONIADI provided the respective patients with resin sealer treatments, which, as defendant knew, should have been billed under different codes resulting in lower reimbursements by the Insurance Plans.

8.   As a result of the fraud scheme, defendant caused at least $142,677.85 in actual loss to the Insurance Plans.

D.   <u>EXECUTION OF THE FRAUDULENT SCHEME</u>

9.   On or about February 21, 2018, in Orange County, within the Central District of California, and elsewhere, defendant BONIADI, together with others known and unknown to the United States Attorney, knowingly and willfully executed the fraudulent scheme described above by submitting and causing to be submitted to MetLife PPO a fraudulent claim in the amount of approximately $1,350 for six fillings purportedly provided to patient W.C.

E. MARTIN ESTRADA
United States Attorney

*/s/ Mack E. Jenkins*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

NIALL M. O'DONNELL
Assistant Chief, Fraud Section
U.S. Department of Justice